## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **MARTIN J. WALSH,** | ) | |
| Secretary of Labor, United | ) | |
| States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 20-cv-11447-SFC- |
| | ) | EAS |
| v. | ) | |
| | ) | Judge: Sean F. Cox |
| **PROCORP, LLC**, a Michigan | ) | |
| limited liability company, | ) | Magistrate Judge: Elizabeth A. |
| **TIMOTHY SCHULTZ,** | ) | Stafford |
| an individual, **NICHOLE** | ) | |
| **RODE** f/k/a **NICHOLE** | ) | |
| **SHAFFER**, an individual, and | ) | |
| **DOWNRIVER STAFFING** | ) | |
| **GROUP, LLC**, a Michigan | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

Plaintiff, **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor ("Secretary" or "Plaintiff"), having filed an amended complaint, and Defendants **PROCORP, LLC** ("ProCorp"), **DOWNRIVER STAFFING GROUP, LLC** ("Downriver"), **TIMOTHY SCHULTZ** ("Schultz"), an individual, **NICHOLE RODE f/k/a NICHOLE SHAFFER** ("Rode"), an individual (hereinafter collectively "Defendants"), hereby appearing by counsel, acknowledge receipt of a copy of the amended complaint and waived service thereof,

1

having answered, and having been duly advised in the premises, agree to the entry of this Consent Judgment without contest. Now, therefore, upon motion of attorneys for the Secretary and Defendants, and for cause shown:

**JUDGMENT IS HEREBY ENTERED** against Defendants pursuant to section 17 of the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. § 201 *et seq.* ("Act") as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** by the Court that Defendants, including their corporate/LLC officers, successor corporations/LLCs, corporate/LLC alter egos, agents, servants, and all persons acting or claiming to act on their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 7, 11(c), and 15 of the Act in any manner  beginning on the date this Consent Judgment is entered by the U.S. District Court, specifically:

1.     Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than 40 hours, unless such employee receives compensation for their employment in excess of 40 hours at a rate not less than one and one-half times the regular rates at which he is employed.

2.     Defendants Schultz and Rode shall classify all workers they employ as drivers as "employees" as defined at section 3(e) of the Act rather than as independent contractors.

3.     Defendant Schultz shall also cause his company Navicorp, LLC, d/b/a Prostaff USA ("Prostaff") to classify all workers he employs as drivers as "employees" as defined at section 3(e) of the Act rather than as independent contractors.

4.     Defendant Schultz represents that Defendant ProCorp closed in October 2018 and no longer operates. In the event Defendant ProCorp resumes business, it shall classify all workers it employs as drivers as employees as defined at section 3(e) of the Act rather than as independent contractors.

5.     Defendant Downriver Staffing shall classify all workers it employs as drivers as "employees" as defined at section 3(e) of the Act rather than as independent contractors.

6.     Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found at 29 C.F.R. Part 516. This includes, but is not limited to, maintaining records of all hours worked

showing, adequately and accurately, the overtime premium paid exclusive of the amounts paid at the regular rate.

**FURTHER, Defendants acknowledge and the Court finds that:**

7.     Defendant ProCorp was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1) of the Act.

8.     Defendant ProCorp was engaged in related activities performed through unified operation or common control for a common business purpose and was an enterprise within the meaning of section 3(r) of the Act.

9.     Defendant Downriver Staffing is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1) of the Act.

10.     Defendant Downriver Staffing is engaged in related activities performed through unified operation or common control for a common business purpose, and is and was an enterprise within the meaning of section 3(r) of the Act.

11.     Defendant Schultz acted directly or indirectly in the interest of Defendants ProCorp and Downriver Staffing, and is an "employer" under section 3(d) of the Act and is, as such, individually responsible for the obligations contained in this Consent Judgment.

12.     The Secretary has filed a proof of claim in the bankruptcy action filed by Defendant Schultz, *In re Timothy Erik Schultz*, Bankruptcy Case No. 21-42426-

mlo (E.D. Mich. Bky.). The Secretary's claim is in the amount of $1,617,662.76 in unpaid overtime wages and liquidated damages for which the Debtor is jointly liable and owes to 668 drivers employed by the Debtor and ProCorp. (*See* Claim 14-2). The Secretary's claim consists of a priority claim of $252,416.36 and a general unsecured claim of $1,365,246.40. The priority claim arises from unpaid overtime wages allegedly earned within the 180 days prior to ending of ProCorp's business on October 6, 2018. (*See id.*). Defendants agree they will not contest these claims in the bankruptcy action. This amount shall represent the full extent of back wages and liquidated damages owed by Defendants Schultz and ProCorp for the period August 22, 2016, through October 6, 2018, to the former employees set forth and identified in the Secretary's claims. It is further agreed that the overtime compensation and liquidated damages claims against Schultz by the Secretary in the amounts as specified above are in the nature of back wages and liquidated damages pursuant to the provisions of the Act.

13.    **FURTHER, JUDGMENT IS HEREBY ENTERED** pursuant to section 16(c) of the Act in favor of Plaintiff and against Defendant Schultz in the total amount of $1,617,662.76, which represents $808,831.38 in back wages and $808,831.38 in liquidated damages. Plaintiff shall collect such judgment from Defendant Schultz in accordance with the Bankruptcy Code and under the terms of the Third Amended Plan of Reorganization filed in the Chapter 11, Subchapter V

bankruptcy proceeding of Defendant Schultz in *In re Timothy Erik Schultz*, Bankruptcy Case No. 21-42426-mlo (E.D. Mich. Bky.) (Bankr. ECF No. 139) (the "Plan"). The Plan requires $252,416.36 plus simple interest of 3.25% (for a total of $273,820.00) to be paid quarterly over the course of five years to the individuals identified in Exhibit A.

14.     The monetary provisions of paragraph 8 of this Consent Judgment shall be satisfied by Defendant Schultz, pursuant to the Plan as described below:

      a.     Defendant Schultz has provided to the Secretary a schedule, in duplicate, showing the name, last-known address, and social security number for each person identified in Exhibit A.

      b.     Plaintiff will be responsible for withholding Federal Insurance Contributions Act contributions, providing each person enumerated in Exhibit A with an Internal Revenue Service ("IRS") Form W-2, and providing Defendants with an IRS Form 941-X on a quarterly basis. Nothing in this Consent Judgment precludes Defendant Schultz from complying with court-issued wage deduction, child support orders, or other garnishments required by law from the payments being made pursuant to this Consent Judgment.

      c.     Payment of the back wages, including the payment of post-judgment interest, due in the installment amounts identified in the Plan, shall be paid online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77692637 or by going to https://www.pay.gov and searching "WHD Back Wage Payment – Midwest Region" on or before the date each installment amount is due. Defendant Schultz remains responsible for paying the employer's share of any applicable taxes to the appropriate State and Federal revenue authorities, including but not limited to FICA.

      d.     Upon completion of his Chapter 11, Subchapter V reorganization, Defendant Schultz shall notify the Secretary within five business days of such completion by providing appropriate notice to the Secretary by certified mail addressed to District Director, Troy Michigan Area

Office, U.S. Department of Labor, Wage and Hour Division, 5700 Crooks Road, Room 310, Troy, Michigan 48098-2809.

     e.    For a period of three years after Defendant Schultz's completion of his Chapter 11, Subchapter V reorganization, Defendant Schultz agrees to pay 100% net of applicable taxes of any bequest, inheritance, gifts (over $10,000), lottery and gambling winnings over $10,000, or proceeds of any life insurance policy he may receive within 30 days of receipt and applied to payment of unpaid back wages for the non-priority claim of $1,365,246.40. Defendant Schultz shall make such payment as set forth in subparagraph(c) above. Any net income described herein in excess of the unpaid back wages covered by the non-priority claim of $1,365,246.40 will not be subject to turnover.

15.    Plaintiff shall distribute the proceeds of the payments referred to in paragraph 12 above to the persons enumerated in Exhibit A or to their estates, if that be necessary and any amounts of unpaid compensation not so paid within a period of three years from the date of receipt thereof shall, pursuant to section 16(c) of the Act, be covered into the Treasury of the United States as miscellaneous receipts.

16.    Defendants shall not request, solicit, suggest, or coerce, directly, or indirectly, any current or former employee to return or to offer to return to the Defendants or to someone else for the Defendants, any money in the form of cash, check, electronic payment, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this Consent Judgment or the Act; nor shall Defendants accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, electronic payment, or any other form, for wages heretofore or hereafter paid to said employee under the provisions

of this Consent Judgment or the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendants under the provisions of this Consent Judgment or the Act.

17.    The Secretary and Defendants agree that the instant action is deemed to solely cover the Defendants' businesses and operations as a result of the Secretary's investigation for the relevant period for claims raised in the Amended Complaint. The relevant period is the period from August 22, 2016 for Defendant Schultz, and from June 3, 2018 for Defendants ProCorp, Downriver Staffing, and Rhode, to the date this Consent Judgment is entered by the U.S. District Court. The parties further agree that the filing of this action and the provisions of this Consent Judgment shall not, in any way, affect, determine, or prejudice any and all rights of any person specifically named on Exhibits B and C of the Secretary's First Amended Complaint for any period after March 22, 2021, or any persons, be they current or former employees, not specifically named on Exhibits B and C of the Secretary's First Amended Complaint, insofar as the Secretary and Defendant agree such rights are conferred and reserved to said employees by reason of section 16(b) of the Act are reinstated pursuant to section 16(c) of the Act.

18.    By entering into this Consent Judgment, the Secretary does not waive his right to conduct future investigations of Defendants under the provisions of the

Act, and to take appropriate enforcement action, including assessment of civil money penalties pursuant to section 16(e) of the Act, with respect to any violations disclosed by such investigations.

19.     Within ten (10) days of the U.S. District Court's approval of this Consent Judgment, Defendant Schultz shall cause Downriver Staffing and Prostaff to each mail all of their current workers a letter on company letterhead[1] explaining the companies will only treat the recipients as employees as of November 1, 2021, and including the following attachments:

      a.     Wage and Hour Division Fact Sheet 13: Employment Relationship Under the Fair Labor Standards Act (FLSA); "Myths about Misclassification" (available at https://www.dol.gov/agencies/whd/flsa/misclassification/myths/); and

      b.     "Get the Facts on Misclassification under the Fair Labor Standards Act," and (available at https://www.dol.gov/sites/dolgov/files/WHD/legacy/files/misclassification-facts.pdf).

20.     **FURTHER**, it is agreed by the parties herein and hereby ORDERED that each party bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs, including, but not limited to, any and all costs referenced under the Equal Access to Justice Act, as Amended.

---

[1] Letter subject to the approval of Plaintiff.

21.     **FURTHER**, this Court shall retain jurisdiction of this matter to enforce

the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.


**DATED** _____March 3, 2022_____

                                        s/Sean F. Cox
                                        _____
                                        HON. SEAN F. COX
                                        UNITED STATES DISTRICT JUDGE


**FOR DEFENDANTS:**                      **FOR THE SECRETARY:**

_____                  **SEEMA NANDA**
**TIMOTHY SCHULTZ**                       Solicitor of Labor

Dated: __12-22-21__                      **CHRISTINE Z. HERI**
                                         Regional Solicitor


_____                  **KEVIN M. WILEMON**
**NICHOLE RODE** f/k/a **NICHOLE**        Trial Attorney
**SHAFFER**

Dated: _____                   Dated: __December 27, 2021__

_____                  Attorneys for Plaintiff,
**PROCORP, LLC**                          Martin J. Walsh
                                         Secretary of Labor
By: __Timothy Schultz__                   U.S. Department of Labor
                                         Office of the Solicitor
Its: __Sole Member and Owner__            230 South Dearborn St.,
                                         Suite 844
Dated: __12-22-21__                       Chicago, IL 60604
                                         Telephone: (312) 353-6973
                                         Fax: (312) 353-5698
                                         Email: wilemon.kevin@dol.gov
                                         Illinois Bar No. 6301185

10

21.    **FURTHER,** this Court shall retain jurisdiction of this matter to enforce the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

**DATED** _____

_____
HON. SEAN F. COX
UNITED STATES DISTRICT JUDGE

**FOR DEFENDANTS:**                          **FOR THE SECRETARY:**

_____              **SEEMA NANDA**
**TIMOTHY SCHULTZ**                          Solicitor of Labor

Dated: _____               **CHRISTINE Z. HERI**
                                            Regional Solicitor

*Nichole Rode*                              _____
**NICHOLE RODE f/k/a NICHOLE**              **KEVIN M. WILEMON**
**SHAFFER**                                  Trial Attorney

Dated: 12/06/2021                           Dated: _____

_____              Attorneys for Plaintiff,
**PROCORP, LLC**                             Martin J. Walsh
                                            Secretary of Labor
By: ___Timothy Schultz___                   U.S. Department of Labor
                                            Office of the Solicitor
Its: ___Sole Member and Owner___            230 South Dearborn St.,
                                            Suite 844
Dated: _____               Chicago, IL 60604
                                            Telephone: (312) 353-6973
                                            Fax: (312) 353-5698
                                            Email: wilemon.kevin@dol.gov
                                            Illinois Bar No. 6301185

10

**DOWNRIVER STAFFING GROUP, LLC**

By: ___Timothy Schultz___

Its: ___Sole Member and Owner___

Dated: ___12-22-21___

LOCAL COUNSEL:

**SAIMA S. MOHSIN**
Acting United States Attorney

**PETER A. CAPLAN (P30643)**
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
Telephone: (313) 226-9784
Email:    peter.caplan@usdoj.gov

On behalf of ProCorp, LLC and
Downriver Staffing, LLC

**DEMOREST LAW FIRM, PLLC**

By: _____
Mark S. Demorest (P355912)
Attorneys for Defendants
322 West Lincoln
Royal Oak, Michigan 48067
248-723-5500
mark@demolaw.com

Dated: ___12-22-21___

Procorp, LLC/Department of Labor Lawsuit (1180)/1 Draft Pleadings/2021 11 19 Consent Judgment .docx

11

# EXHIBIT A

## Gross Back Wages Due to ProCorp Employees
<u>During the Period April 9, 2018, to October 6, 2018</u>

| | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|---|---|---|---|---|
| 1 | Marcus Adams | $182.72 | $15.49 | $198.21 |
| 2 | Steven Adams | $1,569.62 | $133.10 | $1,702.72 |
| 3 | Steven Adams, Jr. | $1,222.43 | $103.66 | $1,326.09 |
| 4 | Demario Alexander | $319.40 | $27.08 | $346.48 |
| 5 | Kierra Alexander | $147.43 | $12.50 | $159.93 |
| 6 | Darsheena Allen | $154.96 | $13.14 | $168.10 |
| 7 | Justin Allen | $1,098.43 | $93.14 | $1,191.57 |
| 8 | Alicia Almond | $38.33 | $3.25 | $41.58 |
| 9 | Adjanee Anderson | $34.69 | $2.94 | $37.63 |
| 10 | Byron Anderson | $695.83 | $59.00 | $754.83 |
| 11 | Shabrie Arnold | $806.15 | $68.36 | $874.51 |
| 12 | Deric Banks | $1,130.88 | $95.89 | $1,226.77 |
| 13 | Harrison Barnett | $2,158.54 | $183.03 | $2,341.57 |
| 14 | Sharrod Bassett | $558.95 | $47.40 | $606.35 |
| 15 | Christopher Baugher | $561.48 | $47.61 | $609.09 |
| 16 | Tiffany Bearden | $1,286.05 | $109.05 | $1,395.10 |
| 17 | Linell Beck | $2,179.80 | $184.84 | $2,364.64 |
| 18 | Derryck Bibins | $83.25 | $7.06 | $90.31 |
| 19 | Michael Black | $647.43 | $54.90 | $702.33 |
| 20 | Rodney Black | $180.61 | $15.31 | $195.92 |
| 21 | Harvey Blake | $93.27 | $7.91 | $101.18 |
| 22 | Michael Blessman | $2,021.26 | $171.39 | $2,192.65 |

|    | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|----|----------------|------------------|----------------|-----------|
| 23 | Kimberly Borom | $1,328.03 | $112.61 | $1,440.64 |
| 24 | Alexia Brannon | $61.79 | $5.24 | $67.03 |
| 25 | Tameka Brasell | $4,260.54 | $361.27 | $4,621.81 |
| 26 | Antonio Braxton | $131.81 | $11.18 | $142.99 |
| 27 | Malcolm Braxton | $613.61 | $52.03 | $665.64 |
| 28 | Albert Brown | $1,190.72 | $100.97 | $1,291.69 |
| 29 | Denise Brown | $374.30 | $31.74 | $406.04 |
| 30 | Sherawn Burks | $319.46 | $27.09 | $346.55 |
| 31 | Toy Burnett | $734.72 | $62.30 | $797.02 |
| 32 | Richard Bushey | $1,484.17 | $125.85 | $1,610.02 |
| 33 | Terrance Calhoun | $511.04 | $43.33 | $554.37 |
| 34 | Jalen Campbell | $475.26 | $40.30 | $515.56 |
| 35 | Paula Campbell | $102.90 | $8.73 | $111.63 |
| 36 | April Cannon | $236.27 | $20.03 | $256.30 |
| 37 | Willie Cannon | $1,469.79 | $124.63 | $1,594.42 |
| 38 | Andre Caparaotta | $26.30 | $2.23 | $28.53 |
| 39 | Sherrod Carr | $2,155.01 | $182.73 | $2,337.74 |
| 40 | Steven Carrington | $344.57 | $29.22 | $373.79 |
| 41 | Beatrice Carter | $857.91 | $72.75 | $930.66 |
| 42 | Diane Carter | $552.19 | $46.82 | $599.01 |
| 43 | Dominique Carter | $104.14 | $8.83 | $112.97 |
| 44 | Jerome Carter | $35.84 | $3.04 | $38.88 |
| 45 | William Carter | $329.81 | $27.97 | $357.78 |
| 46 | Darrel Chappell | $247.31 | $20.97 | $268.28 |
| 47 | Walter Christian | $88.25 | $7.48 | $95.73 |
| 48 | Michael Church | $2,609.53 | $221.28 | $2,830.81 |

13

|  | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|---|---|---|---|---|
| 49 | Kyle Clark | $2,222.72 | $188.48 | $2,411.20 |
| 50 | Lucretta Clark | $192.38 | $16.31 | $208.69 |
| 51 | Vertaine Clark | $37.63 | $3.19 | $40.82 |
| 52 | Chanita Coleman | $116.30 | $9.86 | $126.16 |
| 53 | David Coleman | $736.53 | $62.45 | $798.98 |
| 54 | Gazman Coleman | $959.38 | $81.35 | $1,040.73 |
| 55 | Carol Collins | $393.73 | $33.39 | $427.12 |
| 56 | Chantae Comer | $870.06 | $73.78 | $943.84 |
| 57 | Demetrius Cook | $492.98 | $41.80 | $534.78 |
| 58 | Imani Cranford | $93.04 | $7.89 | $100.93 |
| 59 | Alexandria Crowe | $2,710.34 | $229.82 | $2,940.16 |
| 60 | Mary Cumper | $259.00 | $21.96 | $280.96 |
| 61 | LC Cunningham | $1,346.97 | $114.22 | $1,461.19 |
| 62 | Pierre Cunningham | $52.04 | $4.41 | $56.45 |
| 63 | Delisa Curry | $761.78 | $64.60 | $826.38 |
| 64 | Greg Dalman | $565.38 | $47.94 | $613.32 |
| 65 | Breanna Daniel | $1,795.97 | $152.29 | $1,948.26 |
| 66 | Amanda Daniels | $964.97 | $81.82 | $1,046.79 |
| 67 | Abigal Davis | $206.23 | $17.49 | $223.72 |
| 68 | Carlton Davis | $508.39 | $43.11 | $551.50 |
| 69 | Justin Davis | $4,595.01 | $389.63 | $4,984.64 |
| 70 | Kyra Davis | $393.39 | $33.36 | $426.75 |
| 71 | Larece Davis | $1,354.09 | $114.82 | $1,468.91 |
| 72 | Stacy Davis | $1,612.58 | $136.74 | $1,749.32 |
| 73 | Tiffany Davis | $127.81 | $10.84 | $138.65 |
| 74 | Charles Dawkins | $1,048.04 | $88.87 | $1,136.91 |

|     | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
| --- | --- | --- | --- | --- |
| 75 | Derek Dawkins | $117.25 | $9.94 | $127.19 |
| 76 | Pedro Deleon | $298.23 | $25.29 | $323.52 |
| 77 | Stephanie Dent | $1,463.90 | $124.13 | $1,588.03 |
| 78 | Gabrielle Dewhart | $1,040.53 | $88.23 | $1,128.76 |
| 79 | Rianna Dieson | $82.53 | $7.00 | $89.53 |
| 80 | Seanell Dixon | $1,478.79 | $125.39 | $1,604.18 |
| 81 | Dana Dorsey | $433.59 | $36.77 | $470.36 |
| 82 | Carla Dotson | $220.93 | $18.73 | $239.66 |
| 83 | Jessica Duncan | $28.91 | $2.45 | $31.36 |
| 84 | Michael Durhal | $297.15 | $25.20 | $322.35 |
| 85 | Alexia Edwards | $1,765.57 | $149.71 | $1,915.28 |
| 86 | Brook Edwards | $548.45 | $46.51 | $594.96 |
| 87 | Harold Edwards | $508.29 | $43.10 | $551.39 |
| 88 | Daniel Eichner | $2,949.67 | $250.12 | $3,199.79 |
| 89 | Mindy Eichner | $225.70 | $19.14 | $244.84 |
| 90 | Randy Elkins | $1,370.06 | $116.17 | $1,486.23 |
| 91 | Anthony Eurns | $2,834.00 | $240.31 | $3,074.31 |
| 92 | Steven Falconer | $1,893.16 | $160.53 | $2,053.69 |
| 93 | Antoninious Farley | $1,203.28 | $102.03 | $1,305.31 |
| 94 | Nikki Farley | $273.37 | $23.18 | $296.55 |
| 95 | Pamela Farnsworth | $1,049.79 | $89.02 | $1,138.81 |
| 96 | Nicole Fields | $206.89 | $17.54 | $224.43 |
| 97 | David Fisher | $2,278.38 | $193.20 | $2,471.58 |
| 98 | Aubrey Fletcher | $635.64 | $53.90 | $689.54 |
| 99 | Trayvon Florence | $990.56 | $83.99 | $1,074.55 |
| 100 | Michael Flowers | $162.00 | $13.74 | $175.74 |

|     | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
| --- | --- | --- | --- | --- |
| 101 | Kevontae Foley | $141.19 | $11.97 | $153.16 |
| 102 | Yorel Foster | $60.13 | $5.10 | $65.23 |
| 103 | Pamela Fountain | $825.69 | $70.01 | $895.70 |
| 104 | Erin Fryz | $162.13 | $13.75 | $175.88 |
| 105 | Dauree Garrison | $43.94 | $3.73 | $47.67 |
| 106 | Rosetta Gibson | $370.11 | $31.38 | $401.49 |
| 107 | Shalada Gibson | $2,093.63 | $177.53 | $2,271.16 |
| 108 | Tracy Gibson | $169.35 | $14.36 | $183.71 |
| 109 | Kevin Gladney | $1,795.87 | $152.28 | $1,948.15 |
| 110 | Christopher Godfrey | $332.37 | $28.18 | $360.55 |
| 111 | Natasha Goerge | $383.37 | $32.51 | $415.88 |
| 112 | Princess Gossett | $209.29 | $17.75 | $227.04 |
| 113 | James Grace | $26.56 | $2.25 | $28.81 |
| 114 | Edward Graham | $1,584.62 | $134.37 | $1,718.99 |
| 115 | Jerome Graham | $3,601.12 | $305.36 | $3,906.48 |
| 116 | Teresa Graham | $224.85 | $19.07 | $243.92 |
| 117 | Tonya Gray | $124.88 | $10.59 | $135.47 |
| 118 | Marcell Green | $309.70 | $26.26 | $335.96 |
| 119 | James Gregory | $493.16 | $41.82 | $534.98 |
| 120 | Tina Griggs-Walker | $890.05 | $75.47 | $965.52 |
| 121 | Aleisha Guest | $548.42 | $46.50 | $594.92 |
| 122 | Marcus Gupton | $1,731.31 | $146.81 | $1,878.12 |
| 123 | Deshawn Gwynn | $896.76 | $76.04 | $972.80 |
| 124 | Kelly Hale | $313.34 | $26.57 | $339.91 |
| 125 | Penny Hale | $131.28 | $11.13 | $142.41 |
| 126 | Andricca Hall | $61.28 | $5.20 | $66.48 |

|  | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|---|---|---|---|---|
| 127 | Larry Hall | $2,055.63 | $174.31 | $2,229.94 |
| 128 | Shirley Hall | $381.77 | $32.37 | $414.14 |
| 129 | Hussien Hammali | $83.32 | $7.07 | $90.39 |
| 130 | Brett Hanke | $67.06 | $5.69 | $72.75 |
| 131 | Kiarra Hankins | $58.06 | $4.92 | $62.98 |
| 132 | Melissa Hanolan | $352.03 | $29.85 | $381.88 |
| 133 | Earlie Hargress | $744.62 | $63.14 | $807.76 |
| 134 | Kristan Harper | $27.75 | $2.35 | $30.10 |
| 135 | Charles Harris | $608.20 | $51.57 | $659.77 |
| 136 | Courtney Harris | $143.62 | $12.18 | $155.80 |
| 137 | Tracy Harris | $291.79 | $24.74 | $316.53 |
| 138 | Blake Harvey | $145.10 | $12.30 | $157.40 |
| 139 | Deonte Harvey | $1,548.66 | $131.32 | $1,679.98 |
| 140 | Christina Haworth | $560.25 | $47.51 | $607.76 |
| 141 | Charles Hayes | $182.69 | $15.49 | $198.18 |
| 142 | Robert Hayes | $738.94 | $62.66 | $801.60 |
| 143 | Leamon Hicks | $648.93 | $55.03 | $703.96 |
| 144 | Angelia Hill | $737.65 | $62.55 | $800.20 |
| 145 | Ashley Hill | $264.55 | $22.43 | $286.98 |
| 146 | Bobby Hines | $669.69 | $56.79 | $726.48 |
| 147 | Brandon Hines | $1,115.44 | $94.58 | $1,210.02 |
| 148 | Sequia Hodge | $1.19 | $0.10 | $1.29 |
| 149 | Marco Honey | $380.02 | $32.22 | $412.24 |
| 150 | Kalan Horvath | $1,162.50 | $98.57 | $1,261.07 |
| 151 | JT Howard | $2,471.35 | $209.56 | $2,680.91 |
| 152 | Dwight Hudson | $698.19 | $59.20 | $757.39 |

17

|     | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|-----|---------------|---------------------|------------------------|-----------|
| 153 | Lucrettta Ingram | $1,082.26 | $91.77 | $1,174.03 |
| 154 | Dawn Jackson | $938.93 | $79.62 | $1,018.55 |
| 155 | Dayln Jackson | $1,589.12 | $134.75 | $1,723.87 |
| 156 | Pauline Jackson | $328.81 | $27.88 | $356.69 |
| 157 | Dakota Jimerson | $408.10 | $34.60 | $442.70 |
| 158 | Anthony Johnson | $64.96 | $5.51 | $70.47 |
| 159 | Danesha Johnson | $1,026.33 | $87.03 | $1,113.36 |
| 160 | Gerard Johnson | $3,534.63 | $299.72 | $3,834.35 |
| 161 | Laveeta Johnson | $1,382.16 | $117.20 | $1,499.36 |
| 162 | Lee Johnson | $769.37 | $65.24 | $834.61 |
| 163 | Randy Johnson | $1,708.47 | $144.87 | $1,853.34 |
| 164 | Tahon Johnson | $175.01 | $14.84 | $189.85 |
| 165 | Angela Jones | $492.72 | $41.78 | $534.50 |
| 166 | Chandra Jones | $1,058.53 | $89.76 | $1,148.29 |
| 167 | Hector Jones | $132.00 | $11.19 | $143.19 |
| 168 | Orlando Jones | $538.59 | $45.67 | $584.26 |
| 169 | Rafas Jones | $98.28 | $8.33 | $106.61 |
| 170 | Salina Jones-Gilkes | $197.68 | $16.76 | $214.44 |
| 171 | Earl Kearney | $2,866.14 | $243.03 | $3,109.17 |
| 172 | Henry Kennedy | $1,249.03 | $105.91 | $1,354.94 |
| 173 | Matthew Kerzulis | $1,282.55 | $108.75 | $1,391.30 |
| 174 | Psaventia Kinney | $1,101.59 | $93.41 | $1,195.00 |
| 175 | Revett Kirkland | $277.34 | $23.52 | $300.86 |
| 176 | Angelique Lambert | $106.38 | $9.02 | $115.40 |
| 177 | Josh Lambort | $1,919.50 | $162.76 | $2,082.26 |
| 178 | Raynard Lanier | $324.18 | $27.49 | $351.67 |

|     | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
| --- | --- | --- | --- | --- |
| 179 | James Laramore | $1,007.68 | $85.45 | $1,093.13 |
| 180 | Joe Leach | $190.00 | $16.11 | $206.11 |
| 181 | Melissa Leach | $331.33 | $28.10 | $359.43 |
| 182 | Michael Lee | $2,282.15 | $193.51 | $2,475.66 |
| 183 | Cheldon Leggette | $4,955.54 | $420.20 | $5,375.74 |
| 184 | Clarence Lewis | $30.95 | $2.62 | $33.57 |
| 185 | Deshawn Lewis | $1,490.35 | $126.37 | $1,616.72 |
| 186 | Melvin Lewis | $1,582.71 | $134.21 | $1,716.92 |
| 187 | Debra Liggions | $792.04 | $67.16 | $859.20 |
| 188 | Larry Lloyd | $1,118.77 | $94.87 | $1,213.64 |
| 189 | Melvin Long | $35.75 | $3.03 | $38.78 |
| 190 | Joseph Lowther | $892.03 | $75.64 | $967.67 |
| 191 | Deandre Loyd | $2,061.40 | $174.80 | $2,236.20 |
| 192 | James Loyd | $23.13 | $1.96 | $25.09 |
| 193 | Marcus Lucas | $733.89 | $62.23 | $796.12 |
| 194 | Derrian Ludgood | $720.56 | $61.10 | $781.66 |
| 195 | Antoinette Lyles | $164.19 | $13.92 | $178.11 |
| 196 | Melissa Macigewski | $765.13 | $64.88 | $830.01 |
| 197 | Alexysis Matt | $584.39 | $49.55 | $633.94 |
| 198 | Tina Matt | $618.30 | $52.43 | $670.73 |
| 199 | Shane May | $577.59 | $48.98 | $626.57 |
| 200 | Johnny Maybin, Sr. | $203.50 | $17.26 | $220.76 |
| 201 | Ebony Mayfield | $1,366.45 | $115.87 | $1,482.32 |
| 202 | Anthony McCollaugh | $2,027.60 | $171.93 | $2,199.53 |
| 203 | Vincent McCollum | $197.22 | $16.72 | $213.94 |
| 204 | Keyauntae McCoy | $957.07 | $81.15 | $1,038.22 |

19

|  | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|---|---|---|---|---|
| 205 | Jeronda McCree | $305.76 | $25.93 | $331.69 |
| 206 | Johnie McLean | $1,376.89 | $116.75 | $1,493.64 |
| 207 | Don Messner | $523.79 | $44.41 | $568.20 |
| 208 | Harry Mitchell | $2,546.13 | $215.90 | $2,762.03 |
| 209 | Malcolm Mitchell | $799.54 | $67.80 | $867.34 |
| 210 | Rae Mitchell | $836.01 | $70.89 | $906.90 |
| 211 | Rueban Mitchell | $297.97 | $25.27 | $323.24 |
| 212 | Kendra Murphy | $202.42 | $17.16 | $219.58 |
| 213 | Jessie Myers | $206.97 | $17.55 | $224.52 |
| 214 | Rab Nawaz | $1,958.38 | $166.06 | $2,124.44 |
| 215 | Gil Nazario | $2,105.22 | $178.51 | $2,283.73 |
| 216 | Denise Newsom | $195.97 | $16.62 | $212.59 |
| 217 | Jaclyn Newsom | $176.97 | $15.01 | $191.98 |
| 218 | Alvin Nicholsoon | $837.88 | $71.05 | $908.93 |
| 219 | Tevin Nix | $185.27 | $15.71 | $200.98 |
| 220 | Royal Owen | $1,727.15 | $146.45 | $1,873.60 |
| 221 | Darrell Parish | $139.42 | $11.82 | $151.24 |
| 222 | Frank Parish | $121.41 | $10.29 | $131.70 |
| 223 | Erick Peoples | $897.27 | $76.08 | $973.35 |
| 224 | William Perkins | $612.86 | $51.97 | $664.83 |
| 225 | Rodney Perry | $919.71 | $77.99 | $997.70 |
| 226 | Nicholas Phillips | $1,160.25 | $98.38 | $1,258.63 |
| 227 | Darius Pinder | $259.54 | $22.01 | $281.55 |
| 228 | Ebony Piper | $255.17 | $21.64 | $276.81 |
| 229 | Dominick Prather | $95.97 | $8.14 | $104.11 |
| 230 | Liz Puttick | $1,127.47 | $95.60 | $1,223.07 |

|  | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|---|---|---|---|---|
| 231 | Deonte Rambus | $820.01 | $69.53 | $889.54 |
| 232 | Tanya Rambus | $158.74 | $13.46 | $172.20 |
| 233 | Anthony Randall | $585.36 | $49.64 | $635.00 |
| 234 | Mary Ransdell | $1,274.51 | $108.07 | $1,382.58 |
| 235 | Brittany Raschke-Koehler | $1,423.29 | $120.69 | $1,543.98 |
| 236 | DeAngelo Rayner | $162.09 | $13.74 | $175.83 |
| 237 | Chantanique Reece | $352.66 | $29.90 | $382.56 |
| 238 | James Reece | $83.56 | $7.09 | $90.65 |
| 239 | Mercedes Reeed | $219.53 | $18.62 | $238.15 |
| 240 | Jennifer Reynolds | $88.22 | $7.48 | $95.70 |
| 241 | LeBrawn Reynolds | $28.25 | $2.40 | $30.65 |
| 242 | Dennis Richards | $674.82 | $57.22 | $732.04 |
| 243 | Regina Richardson | $439.69 | $37.28 | $476.97 |
| 244 | Emma Riley | $356.24 | $30.21 | $386.45 |
| 245 | Alberto Riveria | $2.31 | $0.20 | $2.51 |
| 246 | Cornell Robinson | $1,922.24 | $163.00 | $2,085.24 |
| 247 | Robert Robinson | $145.69 | $12.35 | $158.04 |
| 248 | Melanie Rode | $925.25 | $78.46 | $1,003.71 |
| 249 | Levon Sams | $1,109.92 | $94.12 | $1,204.04 |
| 250 | Lamesha Sanford | $13.88 | $1.18 | $15.06 |
| 251 | Helen Sarazin | $73.02 | $6.19 | $79.21 |
| 252 | Vanessa Scaggs | $92.50 | $7.84 | $100.34 |
| 253 | Tom Schmidt | $141.68 | $12.01 | $153.69 |
| 254 | Katricia Scott | $569.15 | $48.26 | $617.41 |
| 255 | Miranda Shaffer | $176.94 | $15.00 | $191.94 |
| 256 | Ronald Simmonas | $242.82 | $20.59 | $263.41 |

|     | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
| --- | --- | --- | --- | --- |
| 257 | Angela Simms | $25.56 | $2.17 | $27.73 |
| 258 | Cathy Simons | $978.73 | $82.99 | $1,061.72 |
| 259 | Eugene Simons | $1,845.56 | $156.49 | $2,002.05 |
| 260 | Brandon Smiley | $169.13 | $14.34 | $183.47 |
| 261 | Deon Smith | $47.50 | $4.03 | $51.53 |
| 262 | Desi Smith | $558.03 | $47.32 | $605.35 |
| 263 | Ebony Smith | $507.69 | $43.05 | $550.74 |
| 264 | Jessica Smith | $192.55 | $16.33 | $208.88 |
| 265 | Peggy Smith | $991.86 | $84.10 | $1,075.96 |
| 266 | Susie Smith | $1,439.80 | $122.09 | $1,561.89 |
| 267 | Terrance Smith | $408.08 | $34.60 | $442.68 |
| 268 | Rosemary Snapp | $279.53 | $23.70 | $303.23 |
| 269 | Stacy Soloman | $489.40 | $41.50 | $530.90 |
| 270 | Antoinette Spencer | $255.32 | $21.65 | $276.97 |
| 271 | Lucinda Stafford | $74.00 | $6.27 | $80.27 |
| 272 | Robert Stalling | $228.09 | $19.34 | $247.43 |
| 273 | Irvin Stewart | $447.82 | $37.97 | $485.79 |
| 274 | Myron Stewart | $945.42 | $80.17 | $1,025.59 |
| 275 | Walter Stubbs | $788.47 | $66.86 | $855.33 |
| 276 | James Suggs | $2,049.32 | $173.77 | $2,223.09 |
| 277 | Panes Sullens | $526.44 | $44.64 | $571.08 |
| 278 | Isaiah Swift | $110.84 | $9.40 | $120.24 |
| 279 | Curtis Taylor | $781.22 | $66.24 | $847.46 |
| 280 | Garrett Taylor | $272.52 | $23.11 | $295.63 |
| 281 | Michael Taylor | $118.21 | $10.02 | $128.23 |
| 282 | Arthur Thomas | $1,221.79 | $103.60 | $1,325.39 |

|     | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
| --- | --- | --- | --- | --- |
| 283 | Debrie Thomas | $98.28 | $8.33 | $106.61 |
| 284 | Diana Thomas | $126.41 | $10.72 | $137.13 |
| 285 | Rodrick Thomas | $356.82 | $30.26 | $387.08 |
| 286 | Edward Thompson | $1,471.80 | $124.80 | $1,596.60 |
| 287 | Morgon Thompson | $620.13 | $52.58 | $672.71 |
| 288 | Tiffany Thrasher | $1,245.61 | $105.62 | $1,351.23 |
| 289 | Androyna Tucker | $2,787.14 | $236.34 | $3,023.48 |
| 290 | Orlando Tyler | $348.04 | $29.51 | $377.55 |
| 291 | Brian Uresti | $87.87 | $7.45 | $95.32 |
| 292 | James Uypung | $116.25 | $9.86 | $126.11 |
| 293 | Kelly Wales | $734.19 | $62.26 | $796.45 |
| 294 | Roger Waller | $489.56 | $41.51 | $531.07 |
| 295 | Marsha Walters | $1,241.62 | $105.28 | $1,346.90 |
| 296 | Robert Walton | $315.87 | $26.78 | $342.65 |
| 297 | Anthony Ware | $533.58 | $45.24 | $578.82 |
| 298 | Anthony Washington | $2,014.83 | $170.85 | $2,185.68 |
| 299 | Jabria Watkins | $57.05 | $4.84 | $61.89 |
| 300 | Jacob Wendler | $1,793.56 | $152.08 | $1,945.64 |
| 301 | Karen Wheeler | $69.16 | $5.86 | $75.02 |
| 302 | Patrick Wheeler | $268.87 | $22.80 | $291.67 |
| 303 | DeAndre White | $1,661.28 | $140.87 | $1,802.15 |
| 304 | Janette Wiggans | $117.94 | $10.00 | $127.94 |
| 305 | Sherita Wilcox | $378.35 | $32.08 | $410.43 |
| 306 | Tanisha Wilder | $2,027.59 | $171.93 | $2,199.52 |
| 307 | Antoinette Williams | $319.41 | $27.08 | $346.49 |
| 308 | Cornelius Williams | $1,957.84 | $166.02 | $2,123.86 |

|  | Employee Name | Back Wage Amount Due | Post-Judgment Interest | Total Due |
|---|---|---|---|---|
| 309 | Debrah Williams | $139.89 | $11.86 | $151.75 |
| 310 | Jessica Williams | $1,335.52 | $113.25 | $1,448.77 |
| 311 | Patrick Williams | $33.75 | $2.86 | $36.61 |
| 312 | Sheila Williams | $1,553.38 | $131.72 | $1,685.10 |
| 313 | Shisherri Williams | $816.22 | $69.21 | $885.43 |
| 314 | Dominique Wilson | $1,128.96 | $95.73 | $1,224.69 |
| 315 | Percy Wilson | $221.19 | $18.76 | $239.95 |
| 316 | Aubrey Winn | $493.43 | $41.84 | $535.27 |
| 317 | Audrey Winn | $445.41 | $37.77 | $483.18 |
| 318 | Darrell Woodall | $102.42 | $8.68 | $111.10 |
| 319 | Deon Woods | $986.46 | $83.65 | $1,070.11 |
| 320 | James Woods | $346.40 | $29.37 | $375.77 |
| 321 | Joanna Woods | $248.43 | $21.07 | $269.50 |
| 322 | William Woods | $1,022.69 | $86.72 | $1,109.41 |
| 323 | Eric Wright | $552.39 | $46.84 | $599.23 |
| 324 | Maurice Wright | $169.04 | $14.33 | $183.37 |
| 325 | Patricia Wysinger | $1,805.75 | $153.12 | $1,958.87 |
| 326 | Darius Young | $1,453.42 | $123.24 | $1,576.66 |
|  | **Total:** | **$252,416.36** | **$21,403.64** | **$273,820.00** |